Robert Ahdoot, SBN 172098
rahdoot@ahdootwolfson.com
Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Theodore W. Maya, SBN 223242
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, APC
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Attorneys for Plaintiff,
CRISTINA WONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA WONG, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>DROPBOX, INC., a Delaware Corporation; and DOES 1-10,<br><br>                    Defendants. | CASE NO.  4:11-cv-03092-LB<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>The Honorable Magistrate Laurel Beeler |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), this action is voluntarily dismissed by Plaintiff CRISTINA WONG ("Plaintiff") in its entirety, without prejudice, even though Plaintiff maintains the merit of the claims alleged in the Complaint filed in this action.

Neither the Plaintiff nor her attorneys have received or have been promised any consideration of any kind, direct or indirect, for the dismissal noticed herein.

Nothing contained herein shall be deemed to be an admission, limitation or waiver, of any of the Plaintiff's rights, remedies or defenses, either at law or in equity, all of which rights, remedies, and defenses are hereby expressly reserved.

Dated: October 18, 2011        AHDOOT & WOLFSON, APC

/s/ Tina Wolfson
Tina Wolfson

Attorneys for Plaintiff
CRISTINA WONG